## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

Case No.:   1:24-cv-01043

v.

RUSSELL WENDELL SIMMONS,

        Defendant.

_____ /

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of Plaintiff's motion for leave to proceed anonymously, dated February 13, 2024, Plaintiff hereby moves this Court for an order granting Plaintiff's motion for leave to proceed anonymously in this action.

Dated:  February 13, 2024

Respectfully submitted,

APPLICATION GRANTED
SO ORDERED

_[signature]_
John G. Koeltl, U.S.D.J.
2/14/24

/s/ Kenya K. Davis

Kenya K. Davis (NY Bar #4162483)
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
(202) 237-9608
kdavis@bsfllp.com

Sigrid S. McCawley (NY Bar #6051460)
Daniel J. Crispino (*pro hac vice* pending)
Boies Schiller Flexner LLP