```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JANE DOE,

                Plaintiff,        24-cv-1043 (JGK)

    - against -             ORDER

RUSSELL WENDELL SIMMONS,

                Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **April 16, 2024**, at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           March 25, 2024

                                      John G. Koeltl
                               United States District Judge