```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE,

              Plaintiff,

  - against -

RUSSELL WENDELL SIMMONS,

              Defendant.

24-cv-1043 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file any amended complaint by **April 30, 2024**. The defendant may move or answer by **May 17, 2024**.

    If there is a motion, the plaintiff may respond by **June 7, 2024**. The defendant may reply by **June 21, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 16, 2024

                                      John G. Koeltl
                                 United States District Judge