UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————

JANE DOE,

                        Plaintiff,

                                            24-cv-1043 (JGK)

              - against –

                                            ORDER

RUSSELL WENDELL SIMMONS,

                        Defendant.
————————————————————————————————————

JOHN G. KOELTL, District Judge:

       The parties are directed to appear for a telephone

conference on **June 7, 2024**, at **3:00 p.m.**

       Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          May 31, 2024

                              _____/s/ John G. Koeltl_____
                                     John G. Koeltl
                              United States District Judge