```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE,

                    Plaintiff,

    - against -

RUSSELL WENDELL SIMMONS,

                    Defendant.

24-cv-1043 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for judgment on the pleadings. ECF No. 32.

**SO ORDERED.**

Dated:    New York, New York
             June 17, 2024

                                      John G. Koeltl
                                      United States District Judge