```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE,

                    Plaintiff,

      - against -

RUSSELL WENDELL SIMMONS,

                    Defendant.

24-cv-1043 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The case is stayed pending a decision on the motion for judgment on the pleadings. ECF No. 32. The Clerk is directed to close ECF No. 40.

The plaintiff may serve limited discovery relating to citizenship and the validity and applicability of release.

SO ORDERED.

Dated:   New York, New York
         June 20, 2024

                                          John G. Koeltl
                                   United States District Judge