```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

JANE DOE,

                Plaintiff,        24-cv-1043 (JGK)

    - against -                <u>ORDER</u>

RUSSELL WENDELL SIMMONS,

                Defendant.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should advise the Court by **September 6, 2024,** whether the limited discovery authorized by this Court's order dated June 20, 2024 (ECF No. 54) changes any of the arguments made in the pending motion for judgment on the pleadings (ECF No. 32), and whether the parties wish to supplement that motion in any way.

**SO ORDERED.**

Dated:    New York, New York
            August 27, 2024

                                        <u>/s/ John G. Koeltl</u>
                                            John G. Koeltl
                              United States District Judge