UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                      Plaintiff,

    - against -

RUSSELL WENDELL SIMMONS,

                      Defendant.

24-cv-1043 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, the motion for judgment on the pleadings is **dismissed without prejudice**.

    The defendant should file a renewed motion for judgment on the pleadings by **October 18, 2024**. The plaintiff should respond to the motion by **November 1, 2024**. The plaintiff may reply by **November 12, 2024**.

    The Clerk is respectfully directed to close ECF No. 32.

SO ORDERED.

Dated:    New York, New York
            October 3, 2024

                                              _____
                                              John G. Koeltl
                                             United States District Judge