**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JANE DOE,

              Plaintiff,

            -against-

RUSSELL WENDELL SIMMONS,

              Defendant.

------------------------------------------------------------x

24-CV-1043 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' submissions at ECF Nos. 76 and 79. Plaintiff's request to unseal the documents at ECF 75 is denied without prejudice to refiling after a decision has been issued regarding Defendant's motion for judgment on the pleadings.

**SO ORDERED.**

Dated: January 14, 2025
New York, New York

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                            United States Magistrate Judge