UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANE DOE,

                Plaintiff,

-against-                            24 **CIVIL** 1043 (JGK)

**JUDGMENT**

RUSSELL WENDELL SIMMONS,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 11, 2025, the case is dismissed without prejudice for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      February 12, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                    **BY:**

                                                **Deputy Clerk**